UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DRYWALL TAPERS AND
POINTERS OF GREATER NEW
YORK LOCAL UNION 1974,
AFFILIATED WITH
INTERNATIONAL UNION OF
ALLIED TRADES, AFL-CIO,

                Petitioner,

– *against* –

SEAMLESS WALL FINISHING INC.,

                Respondent.

**ORDER**

23-cv-1951 (ER)

Ramos, D.J.:

On December 29, 2023, the Court entered an Opinion & Order granting the Petition to Confirm Arbitration, awarding attorney's fees and costs , and directing Petitioner to submit to the Court evidence the amount of attorneys' fees and costs to be assessed.  Doc. 17.

Petitioner requests $477.00 in costs and $3,420.00 in attorneys' fees (based on 11.4 hours of attorney work at a rate of $300/hour) and submits documentation in support of such amounts, including invoices and billing records.  Doc. 14.

The Clerk of Court is respectfully directed to enter judgment in favor of Petitioner in the amount of $2,250.00.  Respondent is also ordered to pay $3,420.00 in attorneys' fees and $477.00 in costs arising from the petition.  The judgment shall accrue post-judgment interest pursuant to 29 U.S.C. § 1961.

2

Petitioner is directed to send a copy of this Order to Respondent.

It is SO ORDERED.

Dated:   January 3, 2024
         New York, New York

_____
EDGARDO RAMOS, U.S.D.J.

2