**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DRYWALL TAPERS AND POINTERS
OF GREATER NEW YORK LOCAL UNION
1974, AFFILIATED WITH INTERNATIONAL
 UNION OF ALLIED TRADES, AFL-CIO,

                Petitioner,                      23 **CIVIL** 1951 (ER)

       -against-                            **JUDGMENT**

SEAMLESS WALL FINISHING INC.,

                Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 03, 2024, judgment is in favor of Petitioner in the amount of $2,250.00. Respondent is also ordered to pay $3,420.00 in attorneys' fees and $477.00 in costs arising from the petition. The judgment shall accrue post-judgment interest pursuant to 29 U.S.C. § 1961.

**Dated**: New York, New York
           January 03, 2024

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                    **Clerk of Court**

                          **BY:**
                                                    _____
                                                    **Deputy Clerk**